```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED

NOV - 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:08-MJ-0024 TAG |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| GURMEET SINGH BISLA, ) | |
| Defendant. ) | |

Having considered the government's application to unseal the arrest warrants, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: November 5, 2008

SANDRA M. SNYDER
U.S. Magistrate Judge